UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| C.A.P.R., <br><br> Petitioner <br><br> v. <br><br> John Mattos, et al., <br><br> Respondents | Case No. 2:26-cv-00287-CDS-EJY <br><br> **Order Directing Service** |

Petitioner C.A.P.R., an immigration detainee at the Nevada Southern Detention Center, has filed a counseled petition for writ of habeas corpus. ECF No. 1. The petitioner has initiated this action anonymously, under the pseudonym "C.A.P.R;" he states that "he will be filing forthwith a motion for leave to use a pseudonym based on the enhanced privacy protections afforded to asylum applicants." *Id* at 2.

Following a preliminary review of the petition, I will order the petition served on the respondents and order the respondents to appear and file a response.

IT IS THEREFORE ORDERED that the Clerk of Court is kindly directed to:

1. **DELIVER** a copy of the petition (ECF No. 1) and this order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an interested party.

3. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1) and this order to the United States Attorney for the District of Nevada at sigal.chattah@usdoj.gov, summer.johnson@usdoj.gov, veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E); and a copy of the petition (ECF No. 1) and this order to Ashley Hesman at ahesman@strucklove.com.

    4. **MAIL** a copy of the petition (ECF No. 1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    (a)    John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

    (b)    Brian Henkey, Field Office Director, Salt Lake City Field Office, U.S. Immigration and Customs Enforcement, 2975 Decker Lake Dr., Salt Lake City, UT 84119

    (c)    Todd Lyons, Acting Director, Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

    (d)    Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

    (e)    Pamela J. Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

IT IS FURTHER ORDERED that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that counsel for the respondents file a notice of appearance by February 18, 2026, and file and serve their response to the petition by February 25, 2026, unless additional time is allowed for good cause shown. The petitioner will have 7 days following the filing of the response to file a reply.

IT IS FURTHER ORDERED that the respondents must not transfer the petitioner out of this district, with the exception of effectuating the petitioner's lawful deportation. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court may use its "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

Dated: February 10, 2026

                                                _____
                                                Cristina D. Silva
                                                United States District Judge