**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| C.A.P.R., | Case No. 2:26-cv-00287-CDS-EJY |
| Petitioner | **Order Granting Petitioner's Motion to Extend Time to File Reply** |
| v. | [ECF No. 13] |
| JOHN MATTOS, et. al., |  |
| Respondents |  |

Petitioner C.A.P.R. moves for a one-day extension of time to file his reply in support of his petition for writ of habeas corpus. ECF No. 13. The petitioner's counsel needs additional time due to other pressing habeas cases in multiple jurisdictions. *Id.* Although counsel's heavy caseload does not always constitute good cause, I nonetheless allow this brief extension of time.

It is therefore ordered that the petitioner's motion **[ECF No. 13] is granted**. The deadline for the petitioner to file a reply is extended to March 6, 2026.

Dated: March 5, 2026

_____
Cristina D. Silva
United States District Judge